# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEVON BOUIE, | ) | No. CV 07-111-JVS (AGR) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| KATHY MENDOZA-POWERS, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 31, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE